1
2
3
4
5
6
7
8
9
10
11

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12

| UNITED STATES OF AMERICA, | ) | **Case No.  CR 10-0192 DLJ** |
|---|---|---|
| Plaintiff, | ) ) ) | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) ) | |
| OMERO ALVARO VENEGAS, a/k/a Romero Alvaro Venegas, | ) ) ) | |
| Defendant(s). | ) ) ) | |

13
14
15
16
17

18     Having considered the application for a preliminary order of forfeiture filed by the

19 United States and the plea agreement entered on September 28, 2010, wherein the defendant

20 admitted to the forfeiture allegation, and good cause appearing,

21     IT IS HEREBY ORDERED that the following property is forfeited to the United States:

22     1.  Glock Model 23, .40-caliber semi-automatic pistol, serial number ABX808US; and

23     2.  One round of .40-caliber Federal ammunition,

24 pursuant to Title 18, United States Code, Section 924(d).

25     IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall

26 seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website

27 for at least thirty days, notice of this Order, notice of the government's intent to dispose of the

28 property in such manner as the Attorney General may direct and provide notice that any person,

1  other than the defendant, having or claiming a legal interest in the property  must file a petition

2  with the Court and serve a copy on government counsel within thirty (30) days of the final

3  publication of notice or of receipt of actual notice, whichever is earlier.

4       IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal

5  Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at

6  the time of sentencing and shall be made part of the sentence and included in the judgment.

7       IT IS SO ORDERED this  5th  day of  January  **2011.**

8

9

10
_____
       D. LOWELL JENSEN

11     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] PRELIMINARY ORDER OF FORFEITURE                                           2
    CR 10-0192 DLJ